1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7019
7       FAX: (415) 436-7234
        andrew.dawson@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 21-CR-00310 JD
                                         )
14 |     Plaintiff,                      ) STIPULATION TO CONTINUE HEARING AND
                                         ) EXLUDE TIME AND [PROPOSED] ORDER
15 |   v.                                )
                                         )
16 | VERONICA KATZ,                      )
                                         )
17 |     Defendant.                      )
                                         )
18

19 | UNITED STATES OF AMERICA,           ) CASE NO. 21-CR-00414 JD
                                         )
20 |     Plaintiff,                      ) STIPULATION TO CONTINUE HEARING AND
                                         ) EXLUDE TIME AND [PROPOSED] ORDER
21 |   v.                                )
                                         )
22 | SIMON KATZ,                         )
                                         )
23 |     Defendant.                      )
                                         )
24

25

26

27

28

STIP. AND [PROPOSED] ORDER                    1
21-CR-00310 JD ; 21-CR-00414 JD

On August 12, 2021, Defendant Veronica Katz was charged via a two-count Information with conspiracy to commit health care fraud and health care fraud, in violation of 18 U.S.C. §§ 1347 & 1349. Dkt. 33.  On October 27, 2021, Defendant Simon Katz was charged via Indictment with conspiracy to commit health care fraud, in violation of 18 U.S.C. 1349.  These matters relate to the same underlying scheme concerning the operation of Health Now Home Healthcare, Inc., and they have been related before Judge Donato.

The parties in both matters are currently set for a hearing before the Court on April 18, 2022, for trial setting or change of plea.  The parties continue to hope for a global resolution that will resolve both matters, but production of discovery to Defendant S. Katz encountered unexpected delays.  While discovery is now being produced on a rolling basis under a recently entered protective order, counsel to Defendant S. Katz has not had adequate time to review that discovery and to advise her client on possible resolutions.  In addition, the government anticipates making further productions of discovery.  On these grounds, and in the hope that additional time will enable the parties to achieve a global resolution, the parties to both matters hereby stipulate and agree to a 60-day continuance.  The parties therefore request that that the April 18, 2022, hearing be continued to June 20, 2022.

The parties further agree that time should be excluded under the Speedy Trial Act for effective preparation of counsel.  As noted above, the United States has produced discovery to both defendants and anticipates producing additional discovery.  Defense counsel are currently reviewing, analyzing, and discussing discovery in connection with potential plea negotiations and preparation for trial. Accordingly, the parties request and stipulate that time between April 18, 2022, and June 20, 2022, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the

//
//
//
//
//

1  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2        IT IS SO STIPULATED

3

4  DATED:     April 11, 2022                                 Respectfully submitted,

5                                                                STEPHANIE M. HINDS
                                                                 Acting United States Attorney

6

7                                                                _____/s/_____
                                                                 ANDREW F. DAWSON
                                                                 Assistant United States Attorney

8

9  DATED:     April 11, 2022                                 _____/s/_____

10                                                               ANTHONY JOHN BRASS
                                                                 Counsel for Defendant Veronica Katz

11

12 DATED:     April 11, 2022                                 _____/s/_____

13                                                                RANDY SUE POLLOCK
                                                                 Counsel for Defendant Simon Katz

## [PROPOSED] ORDER

For the reasons stated above by the parties, the hearing set for April 18, 2022 is hereby continued June 27, 2022, at 10:30 a.m. to ~~June 20, 2022~~.  Further, for the reasons stated above and because good cause has been shown, the time between April 18, 2022, and June 20, 2022, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into

1  account the exercise of due diligence.  Further, the requested continuance and exclusion of time are in
2  the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.
3      IT IS SO ORDERED.
4
5  DATED: April 14, 2022                         _____
                                                 HONORABLE JAMES DONATO
6                                                UNITED STATES DISTRICT JUDGE