1  SHAWN HALBERT - SBN: 179023
   LAW OFFICE OF SHAWN HALBERT
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 515-1570
   Fax:        (415) 255-8631
4  E-Mail:     shawn@shawnhalbertlaw.com

5  Attorney for Defendant SIMON KATZ

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA           No. 21-CR-00414 JD

11 |           Plaintiff,               **STIPULATION TO CONTINUE
                                         HEARING AND EXCLUDE TIME AND**
12 |     v.                             ~~[PROPOSED]~~ **ORDER**

13 | SIMON KATZ

14 |           Defendant
   |_____/
15 | UNITED STATES OF AMERICA           No. 21-CR-00310 JD

16 |           Plaintiff,               **STIPULATION TO CONTINUE
                                         HEARING AND EXCLUDE TIME AND**
17 |     v.                             ~~[PROPOSED]~~ **ORDER**

18 | VERONICA KATZ
   |           Defendant
19 |_____/

20

21      **IT IS HEREBY STIPULATED** by and between the parties in the above entitled case

22 that the hearing date in this matter, currently scheduled for Monday, June 27, 2022 at 10:30

23 a.m., be continued to August 1, 2022, at 10:30 a.m.

24      While discovery is now being produced on a rolling basis under a recently entered

25 protective order, counsel for Mr. Simon Katz only substituted into this matter on May 19, 2022

26 and is unavailable on the date of June 27, 2022, set before she was counsel.  Counsel for Simon

27 Katz needs additional time to adequately review discovery and to advise her client on

28 possible resolutions.  All parties agree that time should be excluded under the Speedy Trial Act

**STIP & ~~[PROPOSED]~~ ORDER
RE:  TO CONTINUE HEARING AND EXCLUDE TIME**

for effective preparation of counsel. The United States has produced and is continuing to produce discovery to both defendants and defense counsel are currently reviewing, analyzing and discussing discovery in connection with potential plea negotiations and preparation for trial.

Assistant United States Attorney Andrew Dawson and Counsel Tony Brass have no objection to the requested continuance.

The parties in this matter further agree that time should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel. Accordingly, the parties request and stipulate that time between June 27, 2022 and August 1, 2022 be excluded for effective preparation and continuity of counsel pursuant to 18 U.S.C.§3161(h)(7)(B)(iv).

For the foregoing reason, the parties respectfully request that the hearing in the above entitled matter, currently set for June 27, 2022, at 10:30 a.m., be continued to August 1, 2022, at 10:30 a.m.

**SO STIPULATED.**

DATED: June 1, 2022         /s/ Shawn Halbert
                            SHAWN HALBERT
                            Attorney for Defendant
                            SIMON KATZ

DATED: June 1, 2022         /s/ Tony Brass
                            TONY BRASS
                            Attorney for Defendant
                            VERONICA KATZ

DATED: June 1, 2022         /s/ Andrew F. Dawson
                            ANDREW F. DAWSON
                            Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: June 9, 2022         _____
                            HON. JAMES DONATO
                            United States District Judge

**STIP & [PROPOSED] ORDER**
**RE: TO CONTINUE HEARING AND EXCLUDE TIME**                2