1  SHAWN HALBERT - SBN: 179023
   LAW OFFICE OF SHAWN HALBERT
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:     (415) 515-1570
   Fax:       (415) 255-8631
4  E-Mail:    shawn@shawnhalbertlaw.com

5  Attorney for Defendant SIMON KATZ

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA | No. 21-CR-00414 JD
11 |             Plaintiff,   | **STIPULATION TO CONTINUE
12 |     v.                   | HEARING FROM AUGUST 1, 2022 TO
                              | DECEMBER 12, 2022 AND EXCLUDE
13 | SIMON KATZ               | TIME AND [PROPOSED] ORDER**
14 |             Defendant    |
   |_____/|
15 | UNITED STATES OF AMERICA |
                              | No. 21-CR-00310 JD
16 |             Plaintiff,   |
                              | **STIPULATION TO CONTINUE
17 |     v.                   | HEARING FROM AUGUST 1, 2022 TO
                              | DECEMBER 12, 2022 AND EXCLUDE
18 | VERONICA KATZ            | TIME AND [PROPOSED] ORDER**
   |             Defendant    |
19 |_____/|

20

21     **IT IS HEREBY STIPULATED** by and between the parties in the above entitled case

22 that the hearing date in this matter, currently scheduled for Monday, August 1, 2022 at

23 10:30 a.m., be continued to December 12, 2022, at 10:30 a.m.

24     Discovery is being produced on a rolling basis including up to today's date. The

25 discovery is voluminous and includes electronic discovery. Counsel for Mr. Simon Katz

26 substituted into this matter on May 19, 2022. Certain protected discovery can only be reviewed

27 with both counsel and defendants being physically present, which has been delayed by Covid.

28 The parties are actively exploring plea negotiations, which requires a thorough review of

   discovery (including medical and financial records).

All parties agree that time should be excluded under the Speedy Trial Act for effective preparation of counsel because the United States is continuing to produce discovery to both defendants and defense counsel are currently reviewing, analyzing and discussing discovery in connection with potential plea negotiations and preparation for trial. The parties further agree that time should be excluded under the Speedy Trial Act for continuity of counsel. Accordingly, the parties request and stipulate that time between August 1, 2022 and December 12, 2022 be excluded for effective preparation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

For the foregoing reason, the parties respectfully request that the hearing in the above entitled matter, currently set for August 1, 2022, at 10:30 a.m., be continued to December 12, 2022, at 10:30 a.m.

As for the date of December 12, there is extensive discovery to review and government counsel has multiple trials in the fall through November. If the parties are able to reach a resolution sooner, they will contact the court earlier to schedule a change of plea.

**SO STIPULATED.**

DATED: July 27, 2022          /s/ Shawn Halbert
                              SHAWN HALBERT
                              Attorney for Defendant
                              SIMON KATZ

DATED: July 27, 2022          /s/ Tony Brass
                              TONY BRASS
                              Attorney for Defendant
                              VERONICA KATZ

DATED: July 27, 2022          /s/ Andrew F. Dawson
                              ANDREW F. DAWSON
                              Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: July 28, 2022          _____
                              HON. JAMES DONATO
                              United States District Judge

STIP & [PROPOSED] ORDER
RE:  TO CONTINUE HEARING AND EXCLUDE TIME     2