STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7264
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SIMON KATZ,<br><br>    Defendant. | CASE NO. 21-cr-00414 JD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FROM DECEMBER 12, 2022 TO MARCH 13, 2023, AND TO EXCLUDE TIME |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERONICA KATZ,<br><br>    Defendant. | CASE NO. 21-cr-00310 JD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FROM DECEMBER 12, 2022 TO MARCH 13, 2023, AND TO EXCLUDE TIME |

    Defendants Simon Katz and Veronica Katz are both set for a status conference on December 12, 2022. Since the parties' prior submission to this Court, the government has continued to produce discovery and the parties have discussed potential resolutions to the pending indictments. Defendants have requested further discovery that is relevant both to their counsel's effective preparation in this

matter, and to the possibility of resolving this matter via plea agreement.  The government is currently working to obtain and produce such materials.  In light of ongoing discovery productions, the parties stipulate and agree to continue the upcoming status conference by approximately three months, from December 12, 2022, to March 13, 2023.

The parties further agree that time should be excluded under the Speedy Trial Act for effective preparation of counsel given ongoing and anticipated discovery productions.  Accordingly, the parties request and stipulate that time between December 12, 2022 and March 13, 2023 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED

DATED:   December 8, 2022                    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  /s/  
ANDREW F. DAWSON
Assistant United States Attorney

DATED:   December 8, 2022                      /s/  
TONY BRASS
Counsel for Defendant Simon Katz

DATED:   December 8, 2022                      /s/  
SHAWN HALBERT
Counsel for Defendant Veronica Katz

**IT IS SO ORDERED.**

DATED:   December 9, 2022               _____
JAMES DONATO
United States District Judge

STIP. AND ORDER                                          2
21-cr-00414 JD; 21-cr-310 JD