MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:    (510) 500-9994
Email:        shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA KATZ,<br><br>Defendant. | Case No. 21-CR-310-JD<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

On October 27, 2023, the Mrs. Katz and the government filed a stipulation requesting that Mrs. Katz's October 30, 2023, hearing be continued to November 13, 2023 so that she could appear before this Court at the same time as her co-defendant. *See* Dkt. 108. The parties further stipulated that time between October 30, 2023 and November 13, 2023 was excludable under the Speedy Trial Act. On October 27, 2023, the Court issued a minute order alerting the parties that the Court would not be available for a status conference or other hearing in this case until December 18, 2023. Dkt. 109. The Court

-1-
**STIPULATION AND [PROPOSED] ORDER**

directed the parties to advise the Court about the status of any requests to exclude time in this case.

The parties request that the Court set a status hearing in this case for January 29, 2024.

The parties stipulate that the time between November 13, 2023, and January 29, 2024, should be excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Moreover, the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: December 19, 2023            MOEEL LAH FAKHOURY LLP

/s/_____
SHAFFY MOEEL
Attorney for Veronica Katz


DATED: December 19, 2023            ISMAIL J. RAMSEY
                                    UNITED STATES ATTORNEY

/s/_____
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

-2-

STIPULATION AND [PROPOSED] ORDER
21-CR-310-JD

[PROPOSED] ORDER

Based upon the facts set forth in this stipulation, the Court HEREBY ORDERS that the parties appear for a status hearing on January 29, 2024.

Based on the agreement of the parties, and for good cause shown, the Court hereby finds that to ensure adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See id. § 3161(h)(7)(A). It is therefore ordered that time is excluded from between November 13, 2023, and January 29, 2024.

DATED: December 20, 2023

_____
HON. JAMES DONATO
United States District Judge