Shaffy Moeel [CSBN 238732]
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Phone: 510-500-9994
shaffy@mlf-llp.com

Attorneys for Defendant Veronica Katz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**VERONICA KATZ,**<br><br>    Defendant. | Case No.: 21-CR-310-JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING<br>HEARING** |

On April 18, 2024, this Court set Mrs. Katz for a sentencing hearing on September 30, 2024. The defense needs additional time to prepare for sentencing due to both defense counsel's significant workload on a number of CJA cases (including preparing for a October 15th trial in *United States v. Reyes*, 24-CR-282-JSC and a January 9th trial involving charges of second-degree murder in *United States v. Butler*, 23-CR-449-SI) and because the defense is working to provide financial information to the Probation Department and the US Attorney's Office Financial Litigation Unit.

The government does not oppose this request.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
21-CR-310 JD

Counsel for Mrs. Katz certify that they obtained approval from government counsel to file this stipulation and proposed order.

SO STIPULATED.

DATED: September 9, 2024

ISMAIL RAMSEY
United States Attorney

/s/
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

/s/
SHAFFY MOEEL
HANNI FAKHOURY
MOEEL LAH FAKHOURY LLP
Attorneys for Mrs. Katz

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
21-CR-310 JD

[~~PROPOSED~~] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice are served by continuing the sentencing hearing to November 18, 2024, at 10:30 a.m.

IT IS SO ORDERED.

DATED: September 11, 2024

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING
21-CR-310 JD