Shaffy Moeel [CSBN 238732]
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Phone: 510-500-9994
shaffy@mlf-llp.com

Attorneys for Defendant Veronica Katz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**VERONICA KATZ,**<br><br>　　　　Defendant. | Case No.: 21-CR-310-JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING<br>HEARING** |

On April 18, 2024, this Court set Mrs. Katz for a sentencing hearing on September 30, 2024. On September 12, 2024 after a stipulated request by the parties, this Court moved the sentencing hearing to November 18, 2024. The defense requests an additional continuance of Mrs. Katz's sentencing hearing because counsel still needs additional time to prepare for sentencing and because the defense continues to provide financial information to the US Attorney's Office Financial Litigation Unit. The parties request a Monday convenient for the court anytime either December 9th or later with the exception of December 16th when government counsel will be unavailable.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
21-CR-310 JD

The government does not oppose this request.

Counsel for Mrs. Katz certify that they obtained approval from government counsel to file this stipulation and proposed order.

SO STIPULATED.

DATED: October 31, 2024                              ISMAIL RAMSEY
                                                     United States Attorney

                                                     /s/
                                                     CHRISTIAAN HIGHSMITH
                                                     Assistant United States Attorney


                                                     /s/
                                                     SHAFFY MOEEL
                                                     HANNI FAKHOURY
                                                     MOEEL LAH FAKHOURY LLP
                                                     Attorneys for Mrs. Katz

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
21-CR-310 JD

[~~PROPOSED~~] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice are served by continuing the sentencing hearing to December 9, 2024.

IT IS SO ORDERED.

DATED: November 8, 2024

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING
21-CR-310 JD